UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

EMANUEL J. CILLARI,

        Plaintiff,

   -v-                                                      No.  13CV4154-LTS-DF

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

        Defendant.

--------------------------------------------------------x

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Emanuel Cillari ("Plaintiff") brings this action, pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security ("Commissioner") denying his application for Social Security Disability Insurance ("SSDI") benefits under the Social Security Act.  The parties have cross-moved for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c).

On February 6, 2015, Magistrate Judge Debra Freeman issued a Report and Recommendation ("Report"), which recommended that Plaintiff's motion be denied and that Defendant's motion be granted.  No objections to the Report have been filed.

When reviewing a report and recommendation, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).  "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  Wilds v. United Parcel Service, Inc., 262 F. Supp. 2d 163, 169

(S.D.N.Y. 2003) (internal citations and quotations marks omitted).

Having reviewed Magistrate Judge Freeman's thorough and well-reasoned Report, to which no objection was made, the Court finds no clear error. Therefore, the Court adopts the Report in its entirety. Accordingly, the Court denies Plaintiff's motion and grants Defendant's motion. The Clerk of Court is respectfully requested to enter judgment in favor of Defendant affirming the decision of the Commissioner and to terminate this case.

This Order resolves docket entry numbers 18 and 19.

SO ORDERED.

Dated: New York, New York
       March 30, 2015

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge